UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

MINUTE ORDER

* * * * * * * * * * * * * * * * * * *

Edna Nowak,

Plaintiff,

vs.

Lafayette Life Insurance Company,

Defendant and
Third-Party Plaintiff,

vs

Upper Lakes Foods, Inc.,

Third-Party Defendant. Civ. No. 00-2168 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of January, 2001.

* * *

The Defendant has sought leave to serve and file a Third-Party Complaint against Upper Lakes Foods, Inc., and we are informed that the Plaintiff does not oppose that Motion. Accordingly, finding good cause for the joinder of Upper Lakes Foods, Inc., we grant the Defendant's Motion for Leave to File Third-Party Complaint, and we direct the Defendant to serve and file a Third-Party Complaint,

FILED JAN 05 2001
JUDGMENT ENTERED
DEPUTY CLERK

forthwith, which has the form and substance of that attached to the Defendant's Motion papers.

NOW, THEREFORE, It is --

ORDERED:

That the Defendant's Motion for Leave to File a Third-Party Complaint against Upper Lakes Foods, Inc. [Docket No. 4] is GRANTED, and the Defendant is directed to serve and file a Third-Party Complaint, forthwith, which has the form and substance of that attached to the Defendant's Motion papers.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE