IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Edna Nowak,

Plaintiff,

COURT FILE NO. 00-2168-JMR/RLE

vs.

**ORDER**

Lafayette Life Insurance Company,

Defendant.

Upper Lakes Foods,

Defendant.

Brainerd Insurance Agency, Inc.,

Defendant.

---

Proper presentation having been made, after due notice of a motion by the Plaintiff, to amend the Complaint herein; and

The Court having considered the Plaintiff's motion for an amended complaint; and

IT IS ORDERED that the clerk of this court file Plaintiff's First Amended Complaint and that the clerk cause process to issue.

BY THE COURT:

Dated: April 4th, 2001

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

FILED APR 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED ______
DEPUTY ______