UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Edna Nowak,

Plaintiff,

vs. MINUTE ORDER

Lafayette Life Insurance Company,
Upper Lakes Foods, Brainerd
Insurance Agency, Inc.,

Defendants. Civ. No. 00-2168 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 18th day of June, 2001.

* * *

On June 18, 2001, the Court heard argument on the parties' joint informal Motion that certain of the pretrial deadlines in this action be extended for a period of ninety-days. At the time of the Hearing, the Plaintiff appeared by Robert H. Magee, III, Esq.; the Defendant Lafayette Life Insurance Company appeared by Philip J. Young, Esq.; the Defendant Upper Lakes Foods, Inc., appeared by Scott P. Drawe, Esq.; and the Defendant Brainerd Insurance Agency, Inc., appeared by James O. Redman, Esq. Good cause having been shown, we extend the deadlines in the Court's Pretrial Schedule of January 22, 2001, and memorialize those extensions by this Minute Order.

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW, THEREFORE, It is --

ORDERED:

1. That the period, during which the parties may conduct discovery shall terminate **on October 1, 2001.**

2. That the Plaintiff's expert disclosures shall be made **on or before July 30, 2001,** and the Defendants' expert disclosures shall be made **on or before August 30, 2001.**

3. That all nondispositive Motions shall be filed, and the Hearing thereon completed, **by no later than November 1, 2001.**

4. That all dispositive Motions shall be filed, and the Hearing thereon completed, **prior to December 1, 2001.**

5. That this case shall be "Ready for Trial" on **December 1, 2001,** or 30 days after the Court renders its Order on any dispositive Motion that is then pending, at which time the case will be placed on the Court's **non-Jury** Trial Calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE