IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edna Nowak,

Plaintiff,

v.

Lafayette Life Insurance Company, Upper Lakes Foods, Inc., and Brainerd Insurance Agency, Inc.,

Defendants.

COURT FILE NO. 00-2168 JMR/RLE

**ORDER PERMITTING LAFAYETTE LIFE INSURANCE COMPANY TO AMEND ITS ANSWER**

IT IS HEREBY ORDERED that, based upon the Stipulation entered into between the parties, Defendant Lafayette Life Insurance Company is granted leave to amend its Answer to Plaintiff's First Amended Complaint and Cross-Claim, and said Amended Answer is deemed filed as of this date.

BY THE COURT:

Dated: 9/24, 2001

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

452017/1



30